```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A01-0225--CV (JKS)
            "EEOC V NATIONAL EDUCATION ASSOC ALASKA"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
    Referral Rule:  LMR 4(13)
           Filed:  07/27/01
          Closed:  NO

    Jurisdiction:  (1) U.S. Plaintiff
   PLF Diversity:
   DEF Diversity:

   Nature of Suit:  (442) Jobs

          Origin:  (1) Original Proceeding
          Demand:
      Filing fee:  Waived
        Trial by:  Jury
```

Parties of Record:                                  Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | A. Luis Lucero Jr<br>EEOC<br>909 1st Avenue, Suite 400<br>Seattle, WA 98104<br>206-220-6851<br><br>Wesley Katahira<br>EEOC<br>909 1st Avenue, Suite 400<br>Seattle, WA 98104<br>206-220-6917<br><br>Barbara J. Standal<br>EEOC<br>909 1st Avenue, Suite 400<br>Seattle, WA 98104<br>206-220-6883 |
| DEF 1.1 | NATIONAL EDUCATION ASSOC-ALASKA | Leslie C. Longenbaugh<br>Simpson Tillinghast et al<br>One Sealaska Plaza, Suite 300<br>Juneau, AK 99801<br>907-586-1400 |
| DEF 2.1 | NATIONAL EDUCATION ASSOC | Douglas S. Parker<br>Preston Gates & Ellis<br>420 L Street, Suite 400<br>Anchorage, AK 99501-1937<br>907-276-1969<br>FAX 907-276-1365<br><br>Jeremiah Collins<br>Bredhoff & Kaiser PLLC<br>805 15th Street NW<br>Washington, DC 20005<br>202-842-2600 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A01-0225--CV (JKS)
           "EEOC V NATIONAL EDUCATION ASSOC ALASKA"

      Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PII 1.1 | CHRISTOPHER, CAROL | Terry A. Venneberg<br>Attorney at Law<br>625 Commerce Street, Suite 460<br>Tacoma, WA 98402<br>253-572-3467<br>FAX 253-572-3662<br><br>Kenneth R. Friedman<br>Friedman Rubin et al<br>1126 Highland Avenue<br>Bremerton, WA 98337<br>360-782-4300<br>FAX 360-782-4258 |
| PII 2.1 | BHEND, JULIE | Terry A. Venneberg<br>(see above)<br><br>Kenneth R. Friedman<br>(see above) |
| PII 3.1 | CHAMARA, CARMELA | Terry A. Venneberg<br>(see above)<br><br>Kenneth R. Friedman<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A01-0225--CV (JKS)
              "EEOC V NATIONAL EDUCATION ASSOC ALASKA"

                       For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
    Referral Rule:  LMR 4(13)
            Filed: 07/27/01
           Closed: NO

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by: Jury


 Document #   Filed     Docket text
 _____   _____     _____

     1 -  1  07/27/01  Complaint filed; Summons issued.

     1 -  2  07/27/01  PLF 1 Jury Demand.

     2 -  1  08/20/01  DEF 1 Answer to Complaint.

     3 -  1  08/21/01  JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/i 21 days. cc: cnsl

     4 -  1  08/30/01  PLF 1 Attorney Appearance of A. Luis Lucero, Jr., Barbara J. Standal, &
                       Wesley Katahira for plf.

     5 -  1  08/31/01  PLF 1 motion (application) to dispense with association of the US
                       Attorney purusant to LR 83.1(d).

     6 -  1  09/05/01  JKS Minute Order denying motion (application) to dispense with
                       association of the US Attorney purusant (5-1).  cc: cnsl

     7 -  1  09/17/01  PLF 1; DEF 1 Report of parties' planning meeting.

     8 -  1  09/20/01  JKS Scheduling and Planning Order setting pretrial deadlines: Original
                       discovery 08/14/02; Dispositive motions deadline 09/16/02; Estimate of
                       trial 10 days, TBJ. cc: cnsl

     9 -  1  10/11/01  PLF 1 motion for plf to dispense with association with U.S. Attorney's
                       Office.

    10 -  1  10/17/01  PLF 1; DEF 1 preliminary joint statement of issues

    11 -  1  11/07/01  DEF 1 Preliminary Witness List.

    12 -  1  11/08/01  JWS Order granting motion for plf to dispense with association with U.S.
                       Attorney's Office (9-1).  cc: cnsl

    13 -  1  02/04/02  ZZZ 1-3 motion to intervene w/att complaint of plaintiff-intervenors.

    14 -  1  02/25/02  DEF 1 non-opposition to ZZZ 1-3 motion to intervene w/att complaint of
                       plaintiff-intervenors (13-1).
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A01-0225--CV (JKS)
                              "EEOC V NATIONAL EDUCATION ASSOC ALASKA"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 15 - | 1 | 02/25/02 | DEF 1 Answer to Intervenors Complaint. |
| 13 - | 2 | 03/01/02 | JKS Order granting motion to intervene (13-1). |
| 16 - | 1 | 03/01/02 | PII 1-3 Complaint (Intervenor). |
| 17 - | 1 | 03/11/02 | DEF 1 Answer to Complaint of PII 1-3. |
| 18 - | 1 | 03/15/02 | PII 1-3 motion to amend (Intervenors) complaint w/att first amended complaint. |
| 19 - | 1 | 04/05/02 | JKS Order granting motion to amend (Intervenors) complaint (18-1). cc: cnsl |
| 20 - | 1 | 04/05/02 | PII 1-3 Complaint (Amended) |
| 21 - | 1 | 04/08/02 | DEF 1 non-opposition to PII 1-3 motion to amend (Intervenors) complaint (18-1). |
| 22 - | 1 | 04/09/02 | DEF 1 Answer to First Amended Complaint of plf-intervenor. |
| 23 - | 1 | 05/09/02 | PLF 1; PII 1-3 Joint motion to extend deadline to add parties. |
| 24 - | 1 | 05/15/02 | DEF 1 motion to compel discovery of civil procedure 36 w/att memo & exhs. |
| 25 - | 1 | 05/20/02 | DEF 1 opposition to PLF 1; PII 1-3 Joint motion to extend deadline to add parties (23-1). |
| 26 - | 1 | 05/23/02 | PII 1-3 Attorney Appearance of K. Friedman as co-cnsl w/lcl cnsl T. Venneberg. |
| 27 - | 1 | 05/29/02 | PLF 1; PII 1-3 opposition to DEF 1 motion to compel discovery of civil procedure 36 (24-1). |
| 28 - | 1 | 05/30/02 | PLF 1; PII 1-3 reply to oppo to PLF 1; PII 1-3 joint mot to extend ddln to add parties (23-1) w/att aff and exhs. |
| 29 - | 1 | 05/31/02 | DEF 1 reply to opposition to DEF 1 motion to compel discovery of civil procedure 36 (24-1). |
| 30 - | 1 | 06/11/02 | DEF 1 Notice of filing notarized signature of Maurice Joseph. |
| 31 - | 1 | 06/17/02 | JKS Minute Order granting motion to extend deadline to add parties (23-1); parties have until 6/28/02 to add parties. cc: cnsl |
| 32 - | 1 | 06/20/02 | PII 1-3 Address Change Notice of K. Friedman. |
| 33 - | 1 | 06/28/02 | PLF 1 motion to establish expert deadlines w/att exhs (no proposed order) |
| 34 - | 1 | 06/28/02 | PLF 1 motion (joint) to join National Education Association as defendant w/att memo, aff and exhs. |
| 35 - | 1 | 07/01/02 | PLF 1 Certificate of svc re: PLF 1 motion to establish expert deadlines (33-1). |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A01-0225--CV (JKS)
                              "EEOC V NATIONAL EDUCATION ASSOC ALASKA"

                                        For all filing dates


 Document #    Filed       Docket text

    36 -   1   07/01/02    PLF 1 Certificate of svc re: PLF 1 motion (joint) to join National
                           Education Association as defendant (34-1).

    37 -   1   07/03/02    PLF 1 Errata re: PLF 1 motion (joint) to join National Education
                           Association as defendant (34-1) w/att exh.

    38 -   1   07/03/02    PLF 1 Amended ntc of unavailability of Carmen Flores from 7/15/02
                           through 7/19/02 and 8/21/02 through 8/30/02.

    39 -   1   07/03/02    PLF 1 Certificate of svc re: errata to plfs' jnt mot to join National
                           Education as a Defendant (dkt #34) and amended ntc of unavailability
                           (dkt#38) .

    40 -   1   07/08/02    DEF 1 motion for extension to 8/23/02 to respond to plf's joint mot to
                           join NEA as def, w/att memo & aff

    41 -   1   07/15/02    DEF 1 oppo to PLF 1 mot to establish expert ddlns (33-1).

    42 -   1   07/18/02    PII 1-3 motion for extension of time to 07/26/02 to file reply to
                           Plaintiff motion to establish expert witness deadlines w/att aff.

    43 -   1   07/18/02    PII 1-3 partial oppo to DEF 1 mot for ext to 8/23/02 to respond to plf's
                           joint mot to join NEA as def (40-1) w/att aff.

    42 -   2   07/22/02    JKS Order granting mot for ext of time to 07/26/02 to file reply to Plf
                           mot to establish expert witness ddlns (42-1). cc: cnsl

    44 -   1   07/22/02    JKS Order granting/denying mot to compel disc of civil procedure 36
                           (24-1); intervenors to provide more detailed responses to Interrogs
                           1,3,8,9,16, (Christopher 17) and 21; intervenors not required to more
                           explicit response to Interrog 10. cc: cnsl

    45 -   1   07/22/02    DEF 1 non-opposition to PII mot for ext of time to reply to partial oppo
                           to mot to establish expert witness deadlines.

    46 -   1   07/25/02    DEF 1 reply to oppo to DEF 1 mot for ext to 8/23/02 to respond to plf's
                           joint mot to join NEA as def (40-1).

    47 -   1   07/29/02    JKS Minute Order granting mot for ext to 8/23/02 to respond to plf's mot
                           to join NEA as def (40-1). cc: cnsl

    48 -   1   07/29/02    PII 1-3 reply to partial oppo to PLF 1 mot to establish expert witness
                           ddln (33-1).

    49 -   1   07/29/02    PLF 1; PII 1-3 Notice of submission of aff of C. Agerstrand in support
                           of mot to join National Education Association w/att aff.

    50 -   1   07/30/02    DEF 1 Amended certif of svc re: DEF 1 reply to (joint) mot to join
                           National Education Association as def (46-1) w/att cy of reply.

    51 -   1   08/02/02    PLF 1; DEF 1; PII 1-3 Stipulation to extend close of discovery to
                           12/06/02 and dispositive motions ddlns to 12/15/02.

    51 -   2   08/09/02    JKS Order setting the following dates: Discovery to close 12/06/02;
                           Dispositive motions deadline 12/15/02. Exhibits lists due 12/30/02,
                           Objections to exhs 1/15/03.    cc: cnsl


 ACRS: R_VDSDX                    As of 12/01/05 at 3:00 PM by GARRY                       Page 3
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A01-0225--CV (JKS)
              "EEOC V NATIONAL EDUCATION ASSOC ALASKA"

                         For all filing dates


Document #    Filed       Docket text

    52 -  1   08/16/02    JKS Minute Order denying as moot mot to establish expert ddlns (33-1).
                          cc: cnsl

    53 -  1   08/23/02    DEF 1 oppo to PLF 1 mot (joint) to join National Education Association
                          as defendant (34-1) w/att exhs & aff.

    54 -  1   09/04/02    PLF 1; DEF 1 Stipulation to 09/09/02 to file reply to joinder of
                          National Education Association as defendant.

    54 -  2   09/05/02    JKS Order granting stipulation to 09/09/02 to file reply to joinder of
                          National Education Assoc (54-1).  cc: cnsl

    55 -  1   09/09/02    PLF 1, PLFII 1-3 reply to oppo to PLF 1 mot (joint) to join National
                          Education Association as def (34-1) w/att aff and exhs.

    56 -  1   09/13/02    PLF 1 Ntc of filing original affidavit of Carmen Flores reply to oppo &
                          orig signature re: PLF 1 motion (joint) to join National Education
                          Association as defendant (34-1).

    57 -  1   09/16/02    PII 1-3 Affidavit of cnsl re: PLF 1 motion (joint) to join National
                          Education Association as defendant (34-1) w/att aff & exhs.

    58 -  1   09/20/02    DEF 1 Ntc of filing notarized sign of M. Joseph re: oppo to PLF 1 motion
                          (joint) to join National Education Association as defendant (34-1) w/att
                          exh.

    59 -  1   09/20/02    Objection to subpoena.

    60 -  1   09/26/02    DEF 1 Response to affidavit (dkt 57) w/att exhs.

    61 -  1   11/19/02    JKS Minute Order granting mot (joint) to join National Education
                          Association as def (34-1). cc: cnsl

  NOTE -  1   11/25/02    Issued: summons re: DEF 2.

    62 -  1   11/25/02    PLF 1 Complaint (Amended).

    62 -  2   11/25/02    PLF 1 Jury Demand.

    63 -  1   12/12/02    DEF 1 Answer (Second Amended) complaint of plf-intervenors.

    64 -  1   12/12/02    PII 1-3 Stip that the following ddlns are set aside: close of disc, disp
                          mots ddln, wit list, exhs, and req for settl conf.

    64 -  2   12/16/02    JKS Order granting stip that the pretrial ddlns are set aside (64-1); a
                          proposed pretrial schedule or a stat rpt is due 01/27/03. cc: cnsl

    65 -  1   01/08/03    DEF 1 Answer to Amended Complaint.

    66 -  1   01/13/03    PII 1-3 Complaint (2nd Amended).

    67 -  1   01/17/03    DEF 2 Answer to Amended complaint of PLF 1.

    68 -  1   01/17/03    DEF 2 Answer to Second Amended Complaint of plaintiff-intervenors.

    69 -  1   01/27/03    PLF 1; DEF 1-2; PII 1-3 Joint proposed new schedule.


ACRS: R_VDSDX              As of 12/01/05 at 3:00 PM by GARRY                    Page 4
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A01-0225--CV (JKS)
                              "EEOC V NATIONAL EDUCATION ASSOC ALASKA"

                                        For all filing dates


 Document #    Filed      Docket text

    70 -   1   01/31/03   DEF 2 Attorney Appearance of Douglas S. Parker (PRESTON).

    71 -   1   01/31/03   DEF 2 Application re: non-resident attorney Jeremiah A. Collins w/lcl
                          cnls D. Parker w/att exh.

    71 -   2   02/04/03   JWS Order that Jeremiah A. Collins is allowed to participate on behalf
                          of National Education Association. cc: cnsl, J. Collins

    72 -   1   02/04/03   JWS S&P Order setting pretrial ddlns: Disc to close 06/01/03; Disp mots
                          ddln 08/10/03. cc: cnsl

    73 -   1   02/18/03   PLF 1 Return of Service Executed on D-2 National Education Association
                          on 12/09/03.

    74 -   1   06/04/03   DEF 2 Stipulation (confidentiality) and agreed protective order.

    74 -   2   06/04/03   DEF 2 Notice of filing facsimile document re: confidentiality stip and
                          agreed protective order.

    74 -   3   06/05/03   JKS Order granting stip (confidentiality) and agreed protective order
                          (74-1). cc: cnsl

    75 -   1   07/07/03   PII 1-3 Address Change Notice of atty.

    76 -   1   07/11/03   PLF 1 Notice of unavailability of Carmen Flores from 7/14/03 through
                          7/30/03.

    77 -   1   07/14/03   DEF 1-2 motion to amend scheduling and planning order

    78 -   1   07/17/03   JKS Order granting motion to amend scheduling and planning order (77-1)
                          & setting the following dates: Dispositive motions & mot in limine
                          deadline 08/29/03, except mot re evid of Dr Louise Fitzgerald due w/i 6
                          weeks after Dr Fitzgerald's depo by NEA. cc: cnsl

    79 -   1   08/08/03   PLF 1; PII 1-3 Final Witness List.

    80 -   1   08/11/03   DEF 2 Final Witness List.

    81 -   1   08/11/03   DEF 1 Final Witness List.

    82 -   1   08/29/03   DEF 1 motion in limine: exclusion of prior bad acts evidence w/att memo
                          & exhs.

    83 -   1   08/29/03   DEF 1 motion for summary judgment: failure to conciliate w/att memo,
                          aff, & exhs.

    84 -   1   08/29/03   DEF 1 motion in limine: after-acquired evidence doctrine w/att memo,
                          affs & exhs.

    85 -   1   08/29/03   DEF 1 motion for summary judgment: negligent hire and retention; iied;
                          and constructive discharge (Chamara) w/att memo & exhs.

    86 -   1   08/29/03   DEF 1 motion for summary judgment: claims brought under Title VII and AS
                          18.80 w/att memo & exhs. (located in expando folder behind files)

    87 -   1   08/29/03   DEF 2 motion for summary judgment w/att memo, aff, declarations & exhs.
                          (located in expando folder behind files)

ACRS: R_VDSDX                     As of 12/01/05 at 3:00 PM by GARRY                      Page 5
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A01-0225--CV (JKS)
                        "EEOC V NATIONAL EDUCATION ASSOC ALASKA"
```
                                    For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 88 - 1 | 08/29/03 | DEF 2 Notice of filing affidavit with faxed signature. |
| 89 - 1 | 08/29/03 | PLF 1; PII 1-3 motion (first) in limine re: NEA theft allegations w/att exhs. |
| 90 - 1 | 08/29/03 | PLF 1; PII 1-3 motion (second) in limine re: alleged conduct by Christopher as NEA and ASD employee w/att exhs. |
| 91 - 1 | 08/29/03 | PLF 1; PII 1-3 motion (third) in limine to exclude evidence w/att exhs. |
| 92 - 1 | 08/29/03 | PLF 1; PII 1-3 motion (fourth) in limine to limit opinions defendant's experts to opinions disclosed. |
| 93 - 1 | 08/29/03 | PLF 1; PII 1-3 motion (fifth) in limine to preclude testimony w/att exh. |
| 94 - 1 | 08/29/03 | PLF 1; PII 1-3 motion (sixth) in limine to exclude evidence. |
| 95 - 1 | 08/29/03 | PLF 1; PII 1-3 motion (seventh) in limine re: Julie Bhend's sexual assault and Chamara's abortion, sexual assaults, sexual history, and breast reduction surgery. |
| 96 - 1 | 08/29/03 | PLF 1; PII 1-3 motion (eighth) in limine re: Carmela Chamara's job application comment. |
| 97 - 1 | 08/29/03 | PLF 1; PII 1-3 motion for ruling on law re: constructive discharge as tangible employment action. |
| 98 - 1 | 09/15/03 | {SEALED} |
| 99 - 1 | 09/15/03 | DEF 1 Notice of filing faxed signatures. |
| 100 - 1 | 09/15/03 | DEF 1 Errata re: DEF 1 mot in limine: after-acquired evidence doctrine (84-1) w/att aff. |
| 101 - 1 | 09/16/03 | PLF 1; DEF 1-2; PII 1-3 Stipulation regarding response times to motions in limine and summary judgment motions filed in August. |
| 102 - 1 | 09/16/03 | PII 1-3 Notice of filing faxed signatures re: PLF 1; DEF 1-2; PII 1-3 Stip re response times to mots in limine and sj mots filed in August (101-1). |
| 101 - 2 | 09/17/03 | Order granting stip re response times to mots in limine and sj mots (101-1); oppos to mots in limine & sj mots fld in August are due 09/26/03; replies to oppos due 10/22/03; oppo to mot in limine re Dr. L. Fitzgerald is due 10/22/03, based on a filing date of 09/23/03 for the mot; reply due 11/06/03. cc: cnsl |
| 98 - 2 | 09/18/03 | {SEALED} |
| 103 - 1 | 09/26/03 | PLF 1; PII 1-3 opposition to DEF 1 motion in limine: exclusion of prior bad acts evidence (82-1) w/att exhs. |
| 104 - 1 | 09/26/03 | PLF 1; PII 1-3 opposition to DEF 1 motion in limine: after-acquired evidence doctrine (84-1) w/att exhs. |
| 105 - 1 | 09/26/03 | PLF 1; PII 1-3 opposition to DEF 2 motion for summary judgment (87-1) w/att decla and exhs. (located in expando folder behind file) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A01-0225--CV (JKS)
                         "EEOC V NATIONAL EDUCATION ASSOC ALASKA"

                                   For all filing dates


 Document #   Filed     Docket text

   106 -   1  09/26/03  DEF 1-2 opposition to PLF 1; PII 1-3 motion for ruling on law re:
                        constructive discharge as tangible employment action (97-1).

   107 -   1  09/26/03  DEF 1-2 opposition to PLF 1; PII 1-3 motion (first) in limine re: NEA
                        theft allegations (89-1) w/att exhs. (located in folder behind file)

   108 -   1  09/26/03  DEF 1-2 opposition to PLF 1; PII 1-3 motion (second) in limine re:
                        alleged conduct by Christopher as NEA and ASD employee (90-1) w/att
                        exhs. (located in folder behind file)

   109 -   1  09/26/03  DEF 1-2 opposition to PLF 1; PII 1-3 motion (third) in limine to exclude
                        evidence (91-1), PLF 1; PII 1-3 motion (eighth) in limine re: Carmela
                        Chamara's job application comment (96-1) w/att exhs.

   110 -   1  09/26/03  DEF 1-2 opposition (response) to PLF 1; PII 1-3 motion (fourth) in
                        limine to limit opinions defendant's experts to opinions disclosed
                        (92-1).

   111 -   1  09/26/03  DEF 1-2 opposition to PLF 1; PII 1-3 motion (sixth) in limine to exclude
                        evidence (94-1) w/att exhs.

   112 -   1  09/26/03  DEF 1-2 opposition to PLF 1; PII 1-3 motion (seventh) in limine re:
                        Julie Bhend's sexual assault and Chamara's abortion, sexual assaults,
                        sexual history, and breast reduction surgery (95-1) w/att exhs.

   113 -   1  09/26/03  DEF 1-2 opposition to PLF 1; PII 1-3 motion (fifth) in limine to
                        preclude testimony (93-1).

   114 -   1  09/26/03  PLF 1; PII 1-3 oppo to DEF 1 mot for sj: failure to conciliate (83-1)
                        w/att exhs.

   115 -   1  09/26/03  PLF 1; PII 1-3 oppo to DEF 1 mot for sj: negligent hire and retention;
                        iied; and constructive discharge (Chamara) (85-1) w/att exhs.

   116 -   1  09/26/03  DEF 1-2 motion in limine to exclude the testimony of plaintiffs'
                        psychological expert w/att memo and exhs. (located in folder behind
                        file)

   117 -   1  09/26/03  PLF 1; PII 1-3 oppo to DEF 1 mot for sj: claims brought under Title VII
                        and AS 18.80 (86-1).

   118 -   1  09/26/03  DEF 1-2 Notice of filing faxed Aff of J. Collins re: DEF 1-2 mot in
                        limine to exclude the testimony of plfs' psychological expert (116-1)
                        w/att aff.

   119 -   1  10/02/03  PLF 1 Notice of filing orignal pleadings re: PLF 1, PII 1-3 oppo to mot
                        for sj: failure to conciliate (83-1) w/att exhs.

   120 -   1  10/02/03  PII 1-3 Notice of filing original declaration of Kenneth R. Friedman re:
                        PLF 1, PII 1-3 oppo to mot for summary judgment: negligent hire and
                        retention; iied; and constructive discharge (Chamara) (85-1) w/att
                        declaration.

   121 -   1  10/02/03  PII 1-3 Notice of filing original declaration re: PLF 1, PII 1-3 oppo to
                        mot for sj: claims brought under Title VII and AS 18.80 (86-1) w/att
                        declaration.
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A01-0225--CV (JKS)
                           "EEOC V NATIONAL EDUCATION ASSOC ALASKA"

                                      For all filing dates


 Document #   Filed      Docket text

   122 -  1   10/03/03   PII 1-3 Notice of filing original signatures re: PLF 1; DEF 1-2; PII 1-3
                         Stip regarding response times to mots in limine and sj mots fld in
                         August (101-1).

   123 -  1   10/09/03   DEF 2 Notice of filing original aff of Jeremiah A. Collins re: DEF 1-2
                         motion in limine to exclude the testimony of plfs' psychological expert
                         (116-1) w/att aff.

   124 -  1   10/24/03   PII 1-3 Stipulation to extend deadlines for filing replies to 10/31/03
                         to motions in limine & summary judgment motions; opposition to motion
                         re: Dr. Louise Fitzgerald due 11/10/03 and reply due 11/24/03.

   124 -  2   10/24/03   JKS Order granting stip to extend ddlns for filing replies to 10/31/03
                         to mots in limine, mot for ruling on law & mots for sj (124-1); oppo to
                         mot re: Dr. Fitzgerald due 11/10/03; reply due 11/24/03. cc: cnsl

   125 -  1   10/31/03   PLF 1; PII 1-3 reply to oppo to PLF 1; PII 1-3 mot (first) in limine re:
                         NEA theft allegations (89-1).

   126 -  1   10/31/03   PLF 1; PII 1-3 reply to oppo to PLF 1; PII 1-3 mot (second) in limine
                         re: alleged conduct by Christopher as NEA and ASD employee (90-1) w/att
                         exh.

   127 -  1   10/31/03   PLF 1; PII 1-3 reply to oppo to PLF 1; PII 1-3 mot (fourth) in limine to
                         limit opinions def's experts to opinions disclosed (92-1).

   128 -  1   10/31/03   PLF 1; PII 1-3 reply to oppo to PLF 1; PII 1-3 mot (fifth) in limine to
                         preclude testimony (93-1).

   129 -  1   10/31/03   PLF 1; PII 1-3 reply to oppo to PLF 1; PII 1-3 mot for ruling on law re:
                         constructive discharge as tangible employment action (97-1).

   130 -  1   10/31/03   PLF 1; PII 1-3 reply to oppo to PLF 1; PII 1-3 mot (third) in limine to
                         exclude evidence (91-1), PLF 1; PII 1-3 mot (eighth) in limine re:
                         Carmela Chamara's job application comment (96-1) w/att exhs.

   131 -  1   10/31/03   PLF 1; PII 1-3 reply to oppo to PLF 1; PII 1-3 mot (seventh) in limine
                         re: Julie Bhend's sexual assault and Chamara's abortion, sexual
                         assaults, sexual history, and breast reduction surgery (95-1).

   132 -  1   10/31/03   PLF 1; PII 1-3 reply to oppo to PLF 1; PII 1-3 mot (sixth) in limine to
                         exclude evidence (94-1).

   133 -  1   10/31/03   PLF 1; PII 1-3 Certif re: PLF 1; PII 1-3 mot (first) in limine re: NEA
                         theft allegations (89-1), PLF 1; PII 1-3 mot (second) in limine re:
                         alleged conduct by Christopher as NEA and ASD employee (90-1), PLF 1;
                         PII 1-3 mot (third) in limine to exclude evidence (91-1), PLF 1; PII 1-3
                         mot (fourth) in limine to limit opinions def's experts to opinions
                         disclosed (92-1), PLF 1; PII 1-3 mot (fifth) in limine to preclude
                         testimony (93-1), PLF 1; PII 1-3 motion (sixth) in limine to exclude
                         evidence (94-1), PLF 1; PII 1-3 mot (seventh) in limine re: Julie
                         Bhend's sexual assault and Chamara's abortion, sexual assaults, sexual
                         history, and breast reduction surgery (95-1), PLF 1; PII 1-3 mot
                         (eighth) in limine re: Carmela Chamara's job application comment.
                         (96-1), PLF 1; PII 1-3 mot for ruling on law re: constructive discharge
                         as tangible employment action (97-1).
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A01-0225--CV (JKS)
              "EEOC V NATIONAL EDUCATION ASSOC ALASKA"

                          For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 134 - 1 | 10/31/03 | DEF 2 reply to oppo to DEF 2 mot for sj (87-1) w/att exhs. |
| 135 - 1 | 10/31/03 | DEF 1 reply to oppo to DEF 1 mot in limine: exclusion of prior bad acts evidence (82-1) w/att exh. |
| 136 - 1 | 10/31/03 | DEF 1 reply to oppo to DEF 1 mot for sj: negligent hire and retention; iied; and constructive discharge (Chamara) (85-1) w/att exh. |
| 137 - 1 | 10/31/03 | DEF 1 reply to oppo to DEF 1 mot for sj: claims brought under Title VII and AS 18.80 (86-1). |
| 138 - 1 | 10/31/03 | DEF 1 reply to oppo to DEF 1 mot in limine: after-acquired evidence doctrine (84-1) w/att exhs. |
| 139 - 1 | 10/31/03 | DEF 1 reply to oppo to DEF 1 mot for sj: failure to conciliate (83-1). |
| 140 - 1 | 10/31/03 | DEF 1 Certif of svc re: DEF 1 mot in limine: exclusion of prior bad acts evidence (82-1), DEF 1 mot for sj: failure to conciliate (83-1), DEF 1 mot in limine: after-acquired evidence doctrine (84-1), DEF 1 mot for sj: negligent hire and retention; iied; and constructive discharge (Chamara) (85-1), DEF 1 mot for sj: claims brought under Title VII and AS 18.80 (86-1). |
| 141 - 1 | 11/03/03 | DEF 2 Notice of filing original affidavit of Jon Bourgault re: DEF 2 motion for summary judgment (87-1) w/att aff. |
| 142 - 1 | 11/06/03 | DEF 1 Notice of Erratum re:aff of Kaye Sullivan re: reply to oppo re: DEF 1 motion in limine: after-acquired evidence doctrine (84-1) w/att aff.. |
| 143 - 1 | 11/07/03 | PLF 1; DEF 1-2; PII 1-3 Stipulation to 11/17/03 to file opposition to motion in limine to exclude the testimony of plaintiff's psychology expert; reply due 12/08/03. |
| 143 - 2 | 11/10/03 | JKS Order granting stip to 11/17/03 to file oppo to mot in limine to exclude the testimony of plf's psychology expert (143-1); reply due 12/08/03. cc: cnsl |
| 144 - 1 | 11/12/03 | DEF 2 Errata to reply to oppo re: DEF 2 motion for summary judgment (87-1) w/att exh. |
| 145 - 1 | 11/14/03 | PLF 1; PII 1-3 oppo to DEF 1-2 mot in limine to exclude the testimony of plfs' psychological expert (116-1) w/att exhs. |
| 146 - 1 | 12/08/03 | DEF 1-2 reply to oppo to DEF 1-2 mot in limine to exclude the testimony of plfs' psychological expert (116-1) w/att exh. |
| 147 - 1 | 12/16/03 | JKS Order denying as moot mot in limine: exclusion of prior bad acts evidence (82-1), mot for sj: failure to conciliate (83-1), mot in limine: after-acquired evidence doctrine (84-1), mot for sj: negligent hire and retention; iied; and construc (85-1), mot (first) in limine re: NEA theft allegations (89-1), mot (second) in limine re: alleged conduct by Christopher as NEA and ASD (90-1), mot (third) in limine to exclude evidence (91-1), mot (fourth) in limine to limit opinions of def's experts to opinion (92-1), mot (fifth) in limine to preclude testimony (93-1), mot (sixth) in limine to exclude evidence (94-1), mot (seventh) in limine re: Julie Bhend's sexual assault and Chamara's (95-1), mot |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A01-0225--CV (JKS)
                        "EEOC V NATIONAL EDUCATION ASSOC ALASKA"

                                  For all filing dates

 Document #   Filed       Docket text

                          (eighth) in limine re: Carmela Chamara's job application comment (96-1),
                          mot for ruling on law re: constructive discharge as tangible employment
                          (97-1), mot in limine to exclude the testimony of plfs' psychological
                          expert (116-1); granting in part mot for sj; plf's claims of sexual
                          discrimination in violation of section 704(a) of Title VII, 42 USC
                          2000e-2(a) are dism w/prej (86-1), for the same reasons set forth in
                          granting NEA-Alaska's mot for sj, NEA's mot for sj is also granted in
                          part (87-1); plf's Title VII claims against NEA are also dism w/prej;
                          plf's remaining state law causes of action are hereby remanded to the
                          Alaska State Superior Court. cc: cnsl

    148 -  1  12/16/03    JKS Judgment that plf's Title VII claims against NEA-Alaska and NEA are
                          hereby dism w/prej; plf's remaining state law causes of action are
                          remanded to state crt. cc: cnsl, O&J 11620

    149 -  1  12/30/03    DEF 2 motion for clarification of judgment.

    150 -  1  12/31/03    DEF 1-2 motion (joint) for enlargement of time to 01/16/04 to serve
                          their cost bill w/att memo.

    151 -  1  01/02/04    JKS Order granting mot (joint) for enlargement of time to 01/16/04 to
                          serve their cost bill (150-1). cc: cnsl

    152 -  1  01/02/04    DEF 2 Supplemental Certif re: DEF 2 mot for clarification of judgment
                          (149-1).

    153 -  1  01/06/04    JKS Minute Order granting mot for clarification of judg (149-1); crt
                          declines suppl jurisdiction over plf's state law claims, and those
                          claims are hereby dism w/o prej to future proceedings in state crt; this
                          order corrects the crt's December 16, 2003 order remanding plf's state
                          law claims to the Alaska State Superior Crt; crt to issue amended judg.
                          cc: cnsl

    154 -  1  01/06/04    JKS Amended Judgment; plf's Title VII claims against NEA-Alaska and NEA
                          are dism with prej; plf's remaining state law causes of action are dism
                          w/o prej to their being refiled in state court. cc: cnsl, O&J 11627
                          (redistributed w/costs) (redistributed 4/13/04 w/amended costs)
                          (redistributed w/post judg interest %)

    155 -  1  01/08/04    PII 1-3 non-oppo to DEF 2 mot for clarification of judgment (149-1).

    156 -  1  01/12/04    PII 1-3 appeal to 9CCA of (148-1) filed 12/16/03, (154-1) filed
                          01/06/04. cc:cnsl, Judge Singleton, 9CCA

   NOTE -  2  01/14/04    Transmittal: Forwarded notice of appeal (156-1) w/CADS & Representation
                          Statement to 9CCA.

    157 -  1  01/14/04    Cy 9CCA Certificate of Record. (156-1) cc: cnsl, 9CCA (Original)

    158 -  1  01/20/04    DEF 2 Notice of taxation of costs hrg set for 1/27/04 at 9:00am.

    159 -  1  01/20/04    DEF 2 Bill of Costs w/att exhs.

    160 -  1  01/20/04    DEF 1 Notice of cost bill hrg set for 1/26/04 at 9am.

    161 -  1  01/20/04    DEF 1 Bill of Costs w/att exhs.

    162 -  1  01/26/04    Cy 9CCA Time Schedule Order. (156-1)  Opening brief due 3/1/04; appellee
                          brief due 3/31/04; optional reply brief shall be filed and served w/in

 ACRS: R_VDSDX               As of 12/01/05 at 3:01 PM by GARRY                      Page 10
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A01-0225--CV (JKS)
                             "EEOC V NATIONAL EDUCATION ASSOC ALASKA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | 14 days of svc of appellee brief. cc:cnsl |
| 163 - 1 | 01/26/04 | PLF 1 Objections to Nea-Alaska Bill of Costs. |
| 164 - 1 | 01/27/04 | Clerk's Notice of partial taxation of DEF 1 cost bill.  Partial costs taxed for the def National Education Assoc -AK and against the plf EEOC and plf-intervenors C. Christopher, J. Bhend and C. chamara ina the amount of $12,059.35. cc: cnsl |
| 165 - 1 | 01/28/04 | PLF 1; PII 1-3 Objections to NEA Bill of Costs. |
| 166 - 1 | 01/30/04 | DEF 2 Re-Notice of taxation of costs hrg set for 2/12/04 at 9:00 am. |
| 167 - 1 | 02/02/04 | DEF 1 Supplement to Bill of Costs w/att exhs. |
| 168 - 1 | 02/04/04 | PII 1-3 motion for review of clerk's taxation of costs. |
| 169 - 1 | 02/17/04 | JKS Minute Order that case referred to MJ Harry Branson per MJ Rule 4(13). cc: cnsl, MJ Branson |
| 170 - 1 | 02/17/04 | DEF 1 opposition to PII 1-3 motion for review of clerk's taxation of costs. (168-1). |
| 171 - 1 | 02/19/04 | Clerk's Notice of taxation of National Education Association's cost bill.  Total costs taxed for the defendant National Education Association and against the plf and plf-intervenors in the amount of $7,846.60. cc: cnsl |
| 172 - 1 | 02/20/04 | PII 1-3 reply to opposition to PII 1-3 motion for review of clerk's taxation of costs. (168-1). |
| 173 - 1 | 02/24/04 | Clerk's Notice re: taxation of DEF 1's Cost Bill.  Partial costs taxed on 1/26/04 in the amt of #12,059.15 added w/outside copy costs in the amount of $226.80 make final taxed costs in the amt of $12, 285.95 for def and against plaintiff and plf intervenors. cc: cnsl |
| 174 - 1 | 02/27/04 | AHB Decision & Order re: Motion for Review of Clerk's Taxation of Costs (168-1); def shall w/in 30 days provide the crt & cnsl w/the necessary itemization that would make it feasible to arrive at a reasonable determination of costs; the crt will then decide what costs, if any, it will allow; if def fails to provide this info, the $7,887.30 cost bill will be disallowed. cc: cnsl, Ida |
| 175 - 1 | 03/01/04 | PII 1-3 motion for review of clerk's taxation of costs. |
| 176 - 1 | 03/03/04 | DEF 2 opposition to PII 1-3 motion for review of clerk's taxation of costs. (175-1). |
| 177 - 1 | 03/03/04 | DEF 1 motion (request) to enter post-judgment interest rate. |
| 178 - 1 | 03/05/04 | PLF 1 appeal to 9CCA of (147-1) filed 12/16/03, (148-1) filed 12/16/03, (154-1) filed 01/06/04 w/att exhs. cc:cnsl, Judge Singleton, 9CCA |
| NOTE - 3 | 03/08/04 | Transmittal: Forwarded notice of appeal (178-1) to 9CCA. |
| 179 - 1 | 03/08/04 | Cy 9CCA Certificate of Record. (178-1) cc: cnsl, Judge Singleton, 9CCA (original) |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A01-0225--CV (JKS)
                           "EEOC V NATIONAL EDUCATION ASSOC ALASKA"

                                      For all filing dates


 Document #    Filed       Docket text

 NOTE -   4    03/17/04    Notation (re: Appeal): Forwarded CADS, Representation Statement &
                           Certificate of Svc to 9CCA.

  180 -   1    03/19/04    Cy 9CCA Time Schedule Order. (178-1) cc:cnsl

  181 -   1    03/19/04    DEF 1 Supplement re: PII 1-3 motion for review of clerk's taxation of
                           costs. (168-1).

  182 -   1    04/13/04    AHB Order granting motion for review of clerk's taxation of costs
                           (168-1), motion for review of clerk's taxation of costs (175-1); clerk's
                           partial taxatio of def NEA-Alaska's cost bill for in-house copying costs
                           at dkts 164 and 171 is amended to provide NEA-Alaska be awarded
                           $4,673.65 for in-house copying costs pursuant to local Rule 54.1(e)(4).
                           cc: cnsl

  183 -   1    04/27/04    JKS Minute Order granting mot (req) to enter post-judg interest rate
                           (177-1). cc: cnsl

  184 -   1    09/20/04    DEF 1 Application re: Writ of Execution re:PII-1, PII-2, & PII-3.

 NOTE -   5    09/22/04    Issued:summons re: writ of execution on PII-1, PII-2, & PII-3.

  185 -   1    09/30/05    PII 1-3 motion for pretrial status conference. Case remanded from the
                           9CCA.

  186 -   1    10/31/05    9CCA Judgment re: notice of appeal (156-1), (178-1) that the district
                           court's decision is REVERSED and REMANDED w/att memo. cc: cnsl, Judge
                           Singleton

  187 -   1    11/30/05    JKS Minute Order granting motion for pretrial status conference (185-1);
                           status conference set for 12/13/05 at 10:00 a.m. cc: cnsl
```