FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12 PM 3: 20

JEREMIAH A. COLLINS
BREDHOFF & KAISER, P.L.L.C.
805 FIFTEENTH STREET, N.W.
WASHINGTON, D.C. 20005
PHONE: 202-842-2600
FAX: 202-842-1888

DOUGLAS S. PARKER
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

Attorneys for Defendant National
Education Association

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> CAROL CHRISTOPHER, JULIE BHEND and CARMELA CHAMARA, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> NATIONAL EDUCATION ASSOCIATION-ALASKA and NATIONAL EDUCATION ASSOCIATION, <br><br> Defendants. | Case No. A01-0225 CV (JKS) <br><br> **CORRECTED CERTIFICATE OF SERVICE** |

I hereby certify that on December 9, 2005 a copy of the RENEWED MOTION OF DEFENDANT NATIONAL EDUCATION ASSOCIATION FOR SUMMARY

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

JUDGMENT and the MEMORANDUM OF LAW IN SUPPORT OF RENEWED MOTION OF DEFENDANT NATIONAL EDUCATION ASSOCIATION FOR SUMMARY JUDGMENT were served by fax and Express Mail on Terry A. Venneberg at the following address:

>   Terry A. Venneberg
>   1126 Highland Avenue, Suite 101
>   Bremerton, WA 98337

*signature*
Pamela McKibben, Legal Secretary

K:\49277\00001\DSP\DSP_P21H5

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969