FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 29 PM 3: 15

JEREMIAH COLLINS
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W.
Washington, D.C. 20005
Phone: 202-842-2600
Fax: 202-842-1888

DOUGLAS S. PARKER
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
|---|---|
| Plaintiff, | |
| CAROL CHRISTOPHER, JULIE BHEND, and CARMELA CHAMARA, | Case No. A-01-0225 (JKS) Civil |
| Plaintiff-Intervenors, | **UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| vs. | |
| NATIONAL EDUCATION ASSOCIATION-ALASKA and NATIONAL EDUCATION ASSOCIATION, | |
| Defendants. | |

Defendant, National Education Association, by and through its counsel of record,

hereby requests an extension of time to January 6, 2005, to file its reply brief in support of

- 1 -

its Renewed Motion for Summary Judgment. Undersigned counsel has contacted the other attorneys in this case, and they have stated that they do not oppose the extension.

DATED at Anchorage, Alaska this 29th day of December, 2005.

BREDHOFF & KAISER, P.L.L.C.
Attorneys for National Education Association

By _____
for  Jeremiah A. Collins

PRESTON GATES & ELLIS LLP
Attorneys for National Education Association

By _____
Douglas S. Parker
Alaska Bar No. 8311168

## ORDER

IT IS SO ORDERED.

DATED: _____

_____
JAMES K. SINGLETON
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2005, copies of the foregoing were served by mail on:

Terry A. Venneberg, Esq.
1126 Highland Avenue
Bremerton, WA 98337

Kenneth R. Friedman, Esq.
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337

Carmen Flores, Esq.
Senior Trial Counsel
Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061

_/s/ Pamela McKibben_
Pamela McKibben

K:\49277\00001\DSP\DSP_P21H8