

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

CAROL CHRISTOPHER, JULIE BHEND, )
and CARMELA CHAMARA, )
)
Plaintiffs, )
)
vs. ) Case No. 3AN-04-3828 Civil
)
NATIONAL EDUCATION )
ASSOCIATION - ALASKA, )
)
Defendant. )
)
_____ )

FILED in Trial Courts
State of Alaska Third District

JUN 0 1 2004

Clerk of the Trial Court

By_____ Deputy

**RECEIVED**

JUN 0 9 2004

Simpson, Tillinghast. Sorensen
& Longenbaugh. PC

## STIPULATION FOR DISMISSAL

COME NOW the parties, by and through counsel of record, and hereby stipulate

and agree, pursuant to Civil Rule 41, that this action is dismissed in its entirety with

prejudice, with all parties to bear their own costs and attorneys' fees incurred herein.

The parties further stipulate and agree that each claim brought in this action for

violation of AS.18.80.220, negligent hiring and retention, and intentional infliction of

emotional distress is to be dismissed with prejudice, and that it is the parties' intent that

said claims be barred in any action, whether now pending or otherwise, in any court or

jurisdiction.

STIPULATION FOR DISMISSAL
*Christopher, et al. v. National Education Association -- Alaska*
Case No. 3AN-04-3828 Civil
Page 1 of 2

App. Ex. 58, p. 1

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, WA 98337
360-782-4300 ~ Fax: 360-782-4358

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, WA 98337
360-782-4300 ~ Fax: 360-782-4358

1   Pursuant to Civil Rule 41(a)(3), the parties affirm notice to the Alaska Judicial

2   Council will be submitted within 30 days of the resolution of this case.

3

4   Date: 5/21/04          By: _____
                                Kenneth R. Friedman
5                               FRIEDMAN, RUBIN & WHITE
                                Alaska Bar No. 9210060
6

7   Date: 5/21/04          By: _____
8                               Terry A. Venneberg
                                Alaska Bar No. 8706056
9
                                Attorneys for Plaintiffs
10

11  Date: 5.24.04          By: _____
12                              Leslie Longenbaugh
                                SIMPSON, TILLINGHAST, SORENSEN &
                                LONGENBAUGH
13                              Alaska Bar No. 8711093
                                Attorneys for Defendant
14

15

16              **ORDER**

17  Based on the foregoing stipulation of the parties,

    IT IS SO ORDERED that this action is dismissed with prejudice, with all parties
18
    to bear their own costs and attorneys fees.
19

20
    DATE: 6-7-04          _____
21                        Dan A. Hensley
                          JUDGE OF THE SUPERIOR COURT
22

STIPULATION FOR DISMISSAL
*Christopher, et al. v. National Education Association – Alaska*
Case No. 3AN-04-3828 Civil
Page 2 of 2

App. Ex. 58, p. 2