# Exhibit B

FILE COPY - BREM

REC'D 6·10·04
CAL/INT
C/C
VIA

FILED
STATE OF ALASKA
FIRST DISTRICT
04 MAY 25 PH 4: 22
CLERK TRIAL COURTS
BY
DEPUTY

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

FILED in Trial Courts
State of Alaska  Third District

JUN 0 1 2004

Clerk of the Trial Courts
By_____ Deputy

| | |
|---|---|
| CAROL CHRISTOPHER, JULIE BHEND, and CARMELA CHAMARA, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL EDUCATION ASSOCIATION - ALASKA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 3AN-04-3828 Civil

## STIPULATION FOR DISMISSAL

COME NOW the parties, by and through counsel of record, and hereby stipulate and agree, pursuant to Civil Rule 41, that this action is dismissed in its entirety with prejudice, with all parties to bear their own costs and attorneys' fees incurred herein. The parties further stipulate and agree that each claim brought in this action for violation of AS.18.80.220, negligent hiring and retention, and intentional infliction of emotional distress is to be dismissed with prejudice, and that it is the parties' intent that said claims be barred in any action, whether now pending or otherwise, in any court or jurisdiction.

STIPULATION FOR DISMISSAL
*Christopher, et al. v. National Education Association – Alaska*
Case No. 3AN-04-3828 Civil
Page 1 of 2

FRIEDMAN, RUBIN & WHITE
1126 Hig     d Avenue
Bremerton, WA 98337
360-782-4300 ~ Fax: 360-782-4358

1    Pursuant to Civil Rule 41(a)(3), the parties affirm notice to the Alaska Judicial

2    Council will be submitted within 30 days of the resolution of this case.

3

4    Date: _5/21/04_____    By: _____
                                         Kenneth R. Friedman
5                                        FRIEDMAN, RUBIN & WHITE
                                         Alaska Bar No. 9210060
6

7    Date: _5/21/04_____    By: _____
                                         Terry A. Venneberg
8                                        Alaska Bar No. 8706056

9
                                         Attorneys for Plaintiffs
10

11

12   Date: _5.24.04_____    By: _____
                                         Leslie Longenbaugh
                                         SIMPSON, TILLINGHAST, SORENSEN &
13                                       LONGENBAUGH
                                         Alaska Bar No. 8711093
14                                       Attorneys for Defendant

15

16                                   **ORDER**

17   Based on the foregoing stipulation of the parties,

     IT IS SO ORDERED that this action is dismissed with prejudice, with all parties
18
     to bear their own costs and attorneys fees.
19

20

21   DATE: _6-7-04_____    _Dan A. Hensley_____
                                   Presiding JUDGE OF THE SUPERIOR COURT

22   STIPULATION FOR DISMISSAL
     *Christopher, et al. v. National Education Association – Alaska*
     Case No. 3AN-04-3828 Civil
     Page 2 of 2

I certify that on _6-4-04_____ a copy
of the above wa mailed to each of the following at
their addresses of record. (List names if not an agency)

☐ CSED ☐ AG ☐ PD ☐ DA
T. Venneberg, K, Friedman, L. Longenbaugh
Judge Michalski
M O                                    michael Brown

FRIEDMAN, RUBIN & WHITE
1126 High Avenue
Bremerton, WA 98337
360-782-4300 ~ Fax: 360-782-4358