Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
(360) 377-3566

Kenneth R. Friedman
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Attorneys for Plaintiff-Intervenors Carol Christopher, Julie Bhend and Carmela Chamara

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>and<br><br>CAROL CHRISTOPHER, JULIE BHEND, and CARMELA CHAMARA,<br><br>    Plaintiff-Intervenors,<br><br>vs.<br><br>NATIONAL EDUCATION ASSOCIATION and NATIONAL EDUCATION ASSOCIATION - ALASKA,<br><br>    Defendant. | Civil No. A01-0225CV (JKS) |

[PROPOSED] ORDER GRANTING
MOTION TO STRIKE SECTION II OF REPLY MEMORANDUM IN SUPPORT
OF RENEWED MOTION OF DEFENDANT NEA FOR SUMMARY JUDGMENT

Having considered the Motion to Strike Section II of Reply Memorandum in Support of Renewed Motion of Defendant NEA for Summary Judgment, together with all appropriate responses and objections thereto,

[PROPOSED] ORDER GRANTING MOTION TO STRIKE SECTION II OF REPLY MEMORANDUM
IN SUPPORT OF RENEWED MOTION OF DEFENDANT NEA FOR SUMMARY JUDGMENT - Page 1

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(360) 377-4614 fax

IT IS ORDERED that the Motion to Strike is GRANTED. Section II of the Reply Memorandum in Support of Renewed Motion of Defendant NEA for Summary Judgment shall be stricken from the pleading, pursuant to Federal Rule of Civil Procedure 12(f).

DATED this ____ day of _____, 2006.

_____
James K. Singleton
U.S. District Court Judge

This will certify that I caused a copy of the foregoing to be mailed/hand-delivered to
C. Flores, Esq.,
L. Longenbaugh, Esq.,
J. Collins, Esq. and
D. Parker, Esq. on
___1/12___, 2006.

_____

[PROPOSED] ORDER GRANTING MOTION TO STRIKE SECTION II OF REPLY MEMORANDUM
IN SUPPORT OF RENEWED MOTION OF DEFENDANT NEA FOR SUMMARY JUDGMENT - Page 2

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(360) 377-4614 fax