JEREMIAH A. COLLINS
BREDHOFF & KAISER, P.L.L.C.
805 FIFTEENTH STREET, N.W.
WASHINGTON, D.C. 20005
PHONE: 202-842-2600
FAX: 202-842-1888

DOUGLAS S. PARKER
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

Attorneys for Defendant National Education Association

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) | |
| Plaintiff, ) ) | **Case No. A01-0225 CV (JKS)** |
| CAROL CHRISTOPHER, JULIE BHEND) and CARMELA CHAMARA, ) ) | |
| Plaintiff-Intervenors, ) ) | |
| v. ) ) | |
| NATIONAL EDUCATION ASSOCIATION-ALASKA and NATIONAL EDUCATION ASSOCIATION, ) ) ) ) ) | |
| Defendants. ) ) | |

## RESPONSE TO PLAINTIFFS' MOTION TO STRIKE
## SECTION II OF REPLY MEMORANDUM

RESPONSE TO PLAINTIFFS' MOTION TO STRIKE
Page 1 of 3

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

In their Motion to Strike, at p.2, plaintiffs state that "NEA's renewed summary judgment motion concerns only the claims brought under Title VII," and plaintiffs argue that the discussion of state-law claims in NEA's reply memorandum "should not be considered or given effect by this court." In view of the confusion that exists as to the status of the state-law claims that plaintiffs wish to reinstate, and the fact that NEA's opening memorandum did not address those issues, NEA wishes to withdraw Section II of its reply memorandum, such that the issues presented to the Court by NEA's pending motion will be limited to plaintiffs' Title VII claims. To this extent, NEA does not oppose plaintiffs' motion to strike.

Respectfully submitted this 18th day of January, 2006.

| BREDHOFF & KAISER, P.L.L.C. | PRESTON GATES & ELLIS LLP |
|---|---|
| /s/ Jeremiah A. Collins (consent) | /s/ Douglas S. Parker |
| JEREMIAH A. COLLINS | DOUGLAS S. PARKER, ABA # 8311168 |
| 805 Fifteenth Street, N.W. | 420 L Street, Suite 400 |
| Washington, D.C. 20005 | Anchorage, AK 99501 |
| Phone: 202-842-2600 | Phone: 907-276-1969 |
| Fax: 202-842-1888 | Fax: 907-276-1365 |
| Email: jcollins@bredhoff.com | Email: parkerd@prestongates.com |

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

RESPONSE TO PLAINTIFFS' MOTION TO STRIKE
Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2006, copies of the foregoing were served by mail on:

Terry A. Venneberg, Esq.
1126 Highland Avenue
Bremerton, WA 98337

Leslie Longenbaugh
Longenbaugh Law Firm, LLC
624 Main Street
Juneau, AK 99801

Barbara J. Standal
Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104

I hereby further certify that on January 18, 2006, a copies of the foregoing were served electronically on:

A. Luis Lucero, Jr., Esq.
Equal Employment Opportunity Commission
Luis.jucero@eeoc.gov

Wesley Katahira
Equal Employment Opportunity Commission
Wesley.katahira@eeoc.gov

Kenneth R. Friedman, Esq.
Friedman, Rubin & White
kfriedman@frwlaw.us


/s/ Douglas S. Parker

K:\49277\00001\DSP\DSP_P21HD

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

RESPONSE TO PLAINTIFFS' MOTION TO STRIKE
Page 3 of 3