Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
(360) 377-3566

Kenneth R. Friedman
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Attorneys for Plaintiff-Intervenors Carol Christopher, Julie Bhend and Carmela Chamara

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

and

CAROL CHRISTOPHER, JULIE BHEND,
and CARMELA CHAMARA,

    Plaintiff-Intervenors,

vs.

NATIONAL EDUCATION
ASSOCIATION and
NATIONAL EDUCATION
ASSOCIATION - ALASKA,

    Defendant.

Civil No. A01-0225CV (JKS)

REPLY AND CONDITIONAL WITHDRAWAL RE: MOTION TO STRIKE SECTION II OF
REPLY MEMORANDUM IN SUPPORT OF RENEWED MOTION OF DEFENDANT NEA FOR
SUMMARY JUDGMENT

    Defendant National Education Association has not opposed plaintiff-intervenors' Motion to

Strike, and has apparently withdrawn Section II of its Reply Memorandum concerning its Renewed

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(360) 377-4614 fax

Motion for Summary Judgment. If NEA has effectively withdrawn Section II of its Reply Memorandum, plaintiff-intervenors would withdraw their Motion to Strike.

DATED this 23 day of January, 2006.

By:_____
Terry A. Venneberg
Attorney for Plaintiff-Intervenors
Alaska Bar No. 8706056

By:_____
Kenneth R. Friedman
Attorney for Plaintiff-Intervenors
Alaska Bar No. 9210060

This will certify that I caused
a copy of the foregoing to be
mailed/hand-delivered to
C. Flores, Esq.,
L. Longenbaugh, Esq.,
J. Collins, Esq. and
D. Parker, Esq. on
_____1/23_____, 2006.

_____

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(360) 377-4614 fax

REPLY AND CONDITIONAL WITHDRAWAL RE: MOTION TO STRIKE SECTION II OF REPLY MEMORANDUM
IN SUPPORT OF RENEWED MOTION OF DEFENDANT NEA FOR SUMMARY JUDGMENT - Page 2