
WILLIAM R. TAMAYO, Regional Attorney
U.S. Equal Employment Opportunity Commission
San Francisco District
350 The Embarcadero, Suite 500
San Francisco, CA  94104-1260
Tel:    (415) 625-5645
Fax:    (415) 625-5657
Email:  William.tamayo@eeoc.gov

A. LUIS LUCERO, JR., Associate Regional Attorney
KATHRYN OLSON, Supervisory Trial Attorney
CARMEN FLORES, Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104
Tel:    (206) 220-6970
Fax:    (206) 220-6991
Email: Carmen.flores@eeoc.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>              Plaintiff,<br><br>And<br><br>CAROL CHRISTOPHER, JULIE BHEND, And CARMELA CHAMARA,<br><br>              v. | CIVIL NO. A01-0225CV (JKS)<br><br>SUBSTITUTION OF COUNSEL |

EEOC v. NEA, A01-0225CV (JKS)
EEOC's Substitution of Counsel
Page 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION - ALASKA and NATIONAL EDUCATION ASSOCIATION – ALASKA,  Defendants. | ) ) ) ) ) ) ) |

The Equal Employment Opportunity Commission herewith notifies the Court that Carmen Flores will be substituting for Wesley Katahira as primary trial counsel in this case. The EEOC respectfully requests that Mr. Katahira be removed from the court's docket and that all future papers or pleadings be addressed to Ms. Flores at the email, address, and phone number listed above.

DATED this ___23rd___ day of __January__, 2006.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | JAMES LEE<br>Deputy General Counsel |
| A. LUIS LUCERO, JR.<br>Associate Regional Attorney | GWENDOLYN YOUNG REAMS<br>Associate General Counsel |
| KATHRYN OLSON<br>Supervisory Trial Attorney | |
| CARMEN FLORES<br>Senior Trial Attorney | |

BY: __/s/ Carmen Flores__
EQUAL EMPLOYMENT

EEOC v. NEA, A01-0225CV (JKS)
EEOC's Substitution of Counsel
Page 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

OPPORTUNITY COMMISSION  
Seattle District Office  
909 First Avenue, Suite 400  
Seattle, Washington 98104  
(206) 220-6920

Office of General Counsel  
1801 "L" Street, N.W.  
Washington, D.C. 20507

Attorneys for Plaintiff

EEOC v. NEA, A01-0225CV (JKS)  
EEOC's Substitution of Counsel  
Page 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
Seattle District Office  
Federal Office Building  
909 First Avenue, Suite 400  
Seattle, Washington  98104-1061  
Telephone (206) 220-6883  
Fax (206) 220-6911  
TDD (206) 220-6882