Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
(360) 377-3566

Kenneth R. Friedman
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Attorneys for Plaintiff-Intervenors Carol Christopher, Julie Bhend and Carmela Chamara

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br>and <br><br>CAROL CHRISTOPHER, JULIE BHEND, and CARMELA CHAMARA, <br><br> Plaintiff-Intervenors, <br><br>vs. <br><br>NATIONAL EDUCATION ASSOCIATION and NATIONAL EDUCATION ASSOCIATION - ALASKA, <br><br> Defendant. | Civil No. A01-0225CV (JKS) |

NOTICE OF FILING PROPOSED ORDER REGARDING CONDUCT OF MEDIATION

COME NOW plaintiff-intervenors, by and through counsel, and hereby give notice of filing the attached proposed Order Regarding Conduct of Mediation, pursuant to Local Rule 16.2(e)(1).

NOTICE OF FILING PROPOSED ORDER REGARDING CONDUCT OF MEDIATION - Page 1

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(360) 377-4614 fax

DATED this 14th day of February, 2006.

By: /s/ Terry A. Venneberg
Terry A. Venneberg
Attorney for Plaintiff-Intervenors
Alaska Bar No. 8706056
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
Phone: 360-377-3566
Fax: 360-377-4614
E-Mail: tavlaw@qwest.net

NOTICE OF FILING PROPOSED ORDER REGARDING CONDUCT OF MEDIATION - Page 2

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566