Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
(360) 377-3566

Kenneth R. Friedman
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Attorneys for Plaintiff-Intervenors Carol Christopher, Julie Bhend and Carmela Chamara

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,                )
                                       )
          Plaintiff,                   )
                                       )
and                                    )
                                       )
CAROL CHRISTOPHER, JULIE BHEND, )
and CARMELA CHAMARA,                   )
                                       )
          Plaintiff-Intervenors,       )
                                       )
                                       )
vs.                                    )
                                       )
NATIONAL EDUCATION                     )
ASSOCIATION and                        )
NATIONAL EDUCATION                     )
ASSOCIATION - ALASKA,                  )
                                       )
          Defendant.                   )
_____)     Civil No. A01-0225CV (JKS)

## [PROPOSED] ORDER REGARDING CONDUCT OF MEDIATION
### [Local Rule 16.2(e)(1)]

Pursuant to Local Rule 16.2(e)(1), the court hereby enters the following order regarding mediation in this matter.

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(360) 377-4614 fax

[A] The mediator agreed upon by the parties is Thomas M. Daniel, Perkins Coie LLP, 1029 W. 3rd Ave., Anchorage, Alaska 99501.

[B] Confidential mediation statements are to be submitted to the mediator by February 21, 2006, and are not to exceed 10 pages.

[C] The mediator charges $275 per hour, with eight (8) hours payable in advance, and the parties (plaintiff, plaintiff-intervenors, defendant NEA and defendant NEA-Alaska) agree to pay twenty-five (25) percent each of the mediator's fee.

[D] The mediation will commence at 8:30 a.m. on February 23, 2006 at the offices of the mediator. The mediation will go no longer than 5:00 p.m. on February 23, 2006.

[E] Plaintiff EEOC will be represented by Regional Attorney William Tamayo and Senior Trial Attorney Carmen Flores. Plaintiff-intervenors Carol Christopher, Carmela Chamara and Julie Bhend will be present, with their counsel, Terry A. Venneberg and Kenneth Friedman. Those present on behalf of plaintiff and plaintiff-intervenors will have full authority to approve any proposed settlement. Defendant NEA-Alaska will be represented by President Bill Bjork and Business Manager Kaye Sullivan. Defendant NEA will be represented by Joann Waller, Regional Director for the Pacific Region. Those present on behalf of NEA-Alaska will have full authority to approve any proposed settlement, subject to ratification by NEA-Alaska's governing body. Those present on behalf of NEA will have substantial influence in whether a proposed settlement should be approved, subject to ratification by NEA's governing body, appropriate representatives of which, with full authority for settlement, will be readily available by telephone.

The above proposed Order has been reviewed and approved by counsel for all parties.

DATED this _____ day of _____, 2006.

_____
James K. Singleton
U.S. District Court Judge

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566

[PROPOSED] ORDER REGARDING CONDUCT OF MEDIATION - Page 2