IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 3:01-cv-00225- JKS |
| Plaintiff, | |
| and | O R D E R REGARDING MEDIATION |
| CAROL CHRISTOPHER, JULIE BHEND, and CARMELA CHAMARA, | |
| Plaintiff-Intervenors, | |
| vs. | |
| NATIONAL EDUCATION ASSOCIATION and NATIONAL EDUCATION ASSOCIATION - ALASKA, | |
| Defendants. | |

Pursuant to Local Rule 16.2(e)(1), the Court hereby enters the following Order regarding mediation in this matter:

[A] The mediator agreed upon by the parties is Thomas M. Danial, Perkins Coie LLP, 1029 W. 3rd Ave., Anchorage Alaska 99501;

[B] Confidential mediation statements are to be submitted to the mediator by February 21, 2006, and are not to exceed 10 pages;

[C] The mediator charges $275 per hour, with eight (8) hours payable in advance, and the parties (Plaintiff, Plaintiff-Intervenors, Defendant NEA, and Defendant NEA- Alaska) agree to pay twenty-five (25) percent each of the mediator's fee;

[D] The mediation will commence at 8:30 a.m. on February 23, 2006, at the offices of the mediator. The mediation will go no longer than 5:00 p.m. on February 23, 2006;

[E] Plaintiff EEOC will be represented by Regional Attorney William Tamayo and Senior Trial Attorney Carmen Flores. Plaintiff-Intervenors Carol Christopher, Carmela Chamara, and Julie Bhend will be present, with their counsel, Terry A. Venneberg and Kenneth Friedman. Those present on behalf of Plaintiff and Plaintiff-Intervenors will have full authority to approve any proposed settlement. Defendant NEA-Alaska will be represented by Joann Waller, Regional Director for the Pacific Region. Those present on behalf of NEA-Alaska will have full authority to approve any proposed settlement, subject to ratification by NEA-Alaska's governing body. Those present on behalf of NEA will have substantial influence in whether a proposed settlement should be approved, subject to ratification by NEA's governing body, appropriate representatives of which, with full authority for settlement, will be readily available by telephone.

The above Order has been reviewed and approved by counsel for all parties.


Dated this 16th day of February, 2006.

/s/ James K. Singleton, Jr.

**JAMES K. SINGLETON, JR.**
United States District Judge

ORDER