## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*EEOC v. NEA*
Case No. 3:01-cv-00225-JKS

By:              THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:    Dan Maus, Case Management: 677-6123*

<u>PROCEEDINGS</u>:    ORDER FROM CHAMBERS

     Tom Daniel, Esq. and Mediator in this case, has informed the Court that the settlement process would be served if the Court deferred any pending rulings for a period of 30 days. Anyone objecting to this request should file a response on or before Monday, March 6, 2006; otherwise, the request will be granted and no rulings will be entered for 30 days from the date of this Order.

     **IT IS SO ORDERED.**


Entered at the direction of the Honorable James K. Singleton, United States District Judge.


DATE: <u>February 27, 2006</u>

*    ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion.  *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b).  No one should telephone, fax, or write to chambers regarding pending cases.  The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.