# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*EEOC v. NEA*
Case No. 3:01-cv-00225-JKS

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Dan Maus, Case Management: 677-6123*

PROCEEDINGS:   ORDER FROM CHAMBERS

    It has come to the attention of the Court by communication from the mediator that this case may have settled. If a settlement has been reached, counsel will please submit appropriate closing papers within thirty (30) days from the date of this Order, or, in the alternative, counsel for Plaintiff shall, within said thirty-day period, report the status of the case to the Court.

    If the Court receives neither appropriate closing papers nor a report within thirty (30) days from the date of this Order, it will assume that the parties have settled the case, and the case will be dismissed with prejudice.

    The trial date and final pretrial conference, if any have been set, are hereby **VACATED**, and all pending motions are **DENIED AS MOOT** with leave to renew if the case is not dismissed.

Entered at the direction of the Honorable James K. Singleton, United States District Court Judge.

DATE: <u>March 28, 2006</u>

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(l). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

F:\HOME\JUDGES\DOCS\SHARED\CV\D.AK 2001\A01-0225.011.wpd