Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
(360) 377-3566

Kenneth R. Friedman
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Attorneys for Plaintiff-Intervenors Carol Christopher, Julie Bhend and Carmela Chamara

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>and<br><br>CAROL CHRISTOPHER, JULIE BHEND, and CARMELA CHAMARA,<br><br>    Plaintiff-Intervenors,<br><br>vs.<br><br>NATIONAL EDUCATION ASSOCIATION and NATIONAL EDUCATION ASSOCIATION - ALASKA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil No. A01-0225CV (JKS)

<u>NOTICE OF FILING STATUS REPORT</u>

COME NOW plaintiff-intervenors, by and through counsel, and give notice of the filing of the attached Status Report to the Court Concerning Settlement.

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(360) 377-4614 fax

DATED this 24th day of April, 2006.


By: _____/s/ Terry A. Venneberg_____
        Terry A. Venneberg
        Attorney for Plaintiff-Intervenors
        Alaska Bar No. 8706056
        1126 Highland Avenue, Suite 101
        Bremerton, Washington 98337
        Phone: 360-377-3566
        Fax: 360-377-4614
        E-Mail: tavlaw@qwest.net

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566