Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
(360) 377-3566

Kenneth R. Friedman
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Attorneys for Plaintiff-Intervenors Carol Christopher, Julie Bhend and Carmela Chamara

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>and<br><br>CAROL CHRISTOPHER, JULIE BHEND, and CARMELA CHAMARA,<br><br>    Plaintiff-Intervenors,<br><br>vs.<br><br>NATIONAL EDUCATION ASSOCIATION and NATIONAL EDUCATION ASSOCIATION - ALASKA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. A01-0225CV (JKS) |

STATUS REPORT TO THE COURT CONCERNING SETTLEMENT

Plaintiff-intervenors hereby report to the court concerning the status of settlement in this matter, pursuant to the Order from Chambers, dated March 28, 2006 (Document No. 205).

On April 21, 2006, the EEOC, National Education Association and National Education Association-Alaska concluded negotiations concerning the language of a proposed Consent Decree in

STATUS REPORT TO THE COURT CONCERNING SETTLEMENT - Page 1

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(360) 377-4614 fax

this matter. Pursuant to the interim settlement memorandum arrived at by the parties at mediation on February 23, 2006, the proposed terms of resolution are now to be submitted to the Board of Directors of defendant NEA-Alaska for approval. The meeting for consideration of the proposed terms of resolution is scheduled to take place on May 13, 2006. In the event that the Board of Directors approves the settlement, plaintiff-intervenors have allowed the defendants until May 19, 2006 to satisfy the monetary terms of the settlement.

Assuming approval of the proposed terms of resolution by the NEA-Alaska Board of Directors, plaintiff-intervenors would expect that the parties will have all appropriate closing papers submitted to the court by close of business May 26, 2006.

DATED this 24th day of April, 2006.

By: _____/s/ Terry A. Venneberg_____
Terry A. Venneberg
Attorney for Plaintiff-Intervenors
Alaska Bar No. 8706056
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
Phone: 360-377-3566
Fax: 360-377-4614
E-Mail: tavlaw@qwest.net

STATUS REPORT TO THE COURT CONCERNING SETTLEMENT - Page 2

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566