WILLIAM R. TAMAYO, Regional Attorney
U.S. Equal Employment Opportunity Commission
San Francisco District
350 The Embarcadero, Suite 500
San Francisco, CA 94104-1260
Email: William.tamayo@eeoc.gov

KATHRYN OLSON, Supervisory Trial Attorney
CARMEN FLORES, Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104
Email: carmen.flores@eeoc.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL NO. A01-0225CV (JKS) |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL |
| And | |
| CAROL CHRISTOPHER, JULIE BHEND, And CARMELA CHAMARA, | |
| v. | |
| NATIONAL EDUCATION ASSOCIATION NATIONAL EDUCATION ASSOCIATION – ALASKA, | |
| Defendants. | |

/ / /

EEOC v. NEA, A01-0225CV (JKS)
[Proposed] Order of Dismissal
Page 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

ORDER APPROVING CONSENT DECREE AND DISMISSING ACTION

The Court having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the foregoing consent decree is approved as the final decree of this Court in full settlement of this action.  This lawsuit is hereby dismissed with prejudice and without cost or attorneys' fees to any party.  The Court retains jurisdiction of this matter solely for purposes of enforcing the consent decree approved herein.

DATED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

EEOC v. NEA, A01-0225CV (JKS)
[Proposed] Order of Dismissal
Page 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882