# NOTICE TO EMPLOYEES

**The U.S. Equal Employment Opportunity Commission and the National Education Association-Alaska and the National Education Association have agreed to a Consent Decree that has been entered pursuant to an Order of the Court. This notice has been posted pursuant to the Order entered in the EEOC et al v. NEA-AK and NEA in the U.S. District Court of Alaska, Cause No. A-01-0225CV (JKS). The Consent Decree is in no way an admission of wrongdoing. Nor is it an adjudication or finding on the merits of the case. NEA-AK and NEA dispute all claims of the plaintiffs in this lawsuit; they have entered into the Consent Decree in the interest of limiting the expense of litigation.**

**Federal law and this Consent Decree prohibit discrimination or retaliation against any employee.**

**Federal law also prohibits retaliation against any employee by an employer because the individual complains of discrimination, cooperates with any Employer or Government Investigation of a charge of discrimination, participates as a witness or potential witness in any investigation or legal proceeding, or otherwise exercises his or her rights under the law.**

**Any employee who is found to have retaliated against any other employee because such employee participated in this lawsuit will be subject to substantial discipline up to and including immediate discharge.**

**Should you have any complaints of discrimination, including harassment or retaliation, you should refer to your workplace anti-discrimination policy for reporting procedures.**

**Employees also have the right to bring complaints of discrimination or harassment to the U.S. Equal Employment Opportunity Commission or local state Human Rights Commission in their respective area.**

EXHIBIT 1