UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>    And<br><br>CAROL CHRISTOPHER, JULIE BHEND, And CARMELA CHAMARA,<br><br>           v.<br><br>NATIONAL EDUCATION ASSOCIATION NATIONAL EDUCATION ASSOCIATION – ALASKA,<br><br>            Defendants. | CIVIL NO. A01-0225CV (JKS)<br><br>ORDER OF DISMISSAL |

ORDER APPROVING CONSENT DECREE AND DISMISSING ACTION

The Court having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the foregoing consent decree is approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without cost or attorneys' fees to any party. The Court retains jurisdiction of this matter solely for purposes of enforcing the consent decree approved herein.

DATED this 19th day of May 2006.

                                                                     /s/James K. Singleton, Jr.
                                                      UNITED STATES DISTRICT JUDGE

EEOC v. NEA, A01-0225CV (JKS)
[Proposed] Order of Dismissal
Page 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882